**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BRANDY SANMIGUEL, | **Case No.:** No.09-CV-06200-JFW-JC |
| Plaintiff, | |
| v. | **ORDER ENTERING JUDGMENT** |
| COLLECTION CONSULTANTS OF CALIFORNIA, INC., | |
| Defendant. | |

On January 4, 2010, Plaintiff, BRANDY SANMIGUEL (Plaintiff), filed an acceptance of Defendant's, COLLECTION CONSULTANT'S OF CALIFORNIA, INC.'s (Defendant), Offer of Judgment. The accepted Offer of Judgment states Plaintiff will receive $1,000.00 for alleged damages, together with the court costs, plus reasonable attorney fees incurred as of the date of the acceptance of the offer. If the parties cannot agree on the amount of attorney fees, the amount of attorney fees to be awarded will be submitted to the Court for

determination. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $1,000.00 for alleged damages, together with court costs, plus reasonable attorney fees incurred as of the date of the acceptance of the offer. The Court further orders that if the parties cannot agree on the amount of attorney fees, the amount to be awarded will be submitted to the Court for determination

**IT IS ORDERED**

Dated: January 6, 2010 _____
John Walter
United States District Judge